UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA LEE WALLACH LORRETZ, | No. 2:18-cv-02666 JAM CKD (PS) |
| Plaintiffs, | |
| v. | ORDER |
| CALIFORNIA@GALoan45D002, et al., | |
| Defendants. | |

This action was closed on November 14, 2018. Since that time, plaintiff has filed five motions. (ECF Nos. 27-31.) While three of plaintiff's filings are styled as motions to reopen the case, they make no legal or factual argument approaching the standard for reconsideration under Federal Rule of Civil Procedure 59(e) or 60(b)[1] and are essentially frivolous. Because this action was closed nearly two months ago, plaintiff is advised that additional filings will be disregarded and no orders will issue in response to future filings.

////

////

////

---

[1] See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law."

1

Accordingly, IT IS HEREBY ORDERED that all pending motions filed since the closing date (ECF Nos. 27, 28, 29, 30 & 31) are denied.

Dated: January 8, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/lorretz2666.58